LOKCHINSKY et al. v. INDEPENDENT ORDER BRITH ABRAHAM OF UNITED STATES OF AMERICA et al.

LOKCHINSKY v. INDEPENDENT ORDER BRITH ABRAHAM OF UNITED STATES OF AMERICA.

(Supreme Court, Appellate Term.  October 16, 1911.)

INTERPLEADER (§ 31*)—GRANTING OF MOTION.
     All the essential allegations authorizing an order of interpleader being contained in the moving papers, and nothing being submitted in opposition thereto, the motion should be granted.
     [Ed. Note.—For other cases, see Interpleader, Dec. Dig. § 31.*]

Appeal from City Court of New York, Special Term.

Two actions, one by Joseph L. Lokchinsky and others against the Independent Order Brith Abraham of the United States of America and others, and the other by Katie Lokchinsky against said Order. From an order denying the motion of said defendant Order to interplead the plaintiff in the second action as a party defendant in the first action in the place and stead of said Order, it appeals.  Reversed, and motion granted.

Argued before SEABURY, GUY, and COHALAN, JJ.

Alfred B. Jaworower, for appellant.

Harris Koppelman for respondent Katie Lokchinsky.

Wentworth, Lowenstein & Stern, for respondents Joseph L. Lokchinsky et al.

Patrick J. McGrath, guardian ad litem for infant defendants.

PER CURIAM.  All the essential allegations authorizing an order of interpleader were contained in the moving papers, and nothing was submitted in opposition thereto.  The motion should have been granted. ·

Order  reversed, with $10 costs and disbursements, and motion granted.